■ CAROL S. NIGRO, Respondent, v JOHN J. NIGRO, Appellant.—Levine, J. Appeal from an order of the Supreme Court at Special Term (Bradley, J.), entered December 19, 1985 in Albany County, which granted plaintiff's motion for a conditional order of preclusion for failure to serve a bill of particulars and denied defendant's cross motion to strike the demand for a bill of particulars.